UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MINGO JAVERY, III**                                                                    **CIVIL ACTION**

**VERSUS**                                                                                       **NO. 06-1113**

**N. BURL CAIN, WARDEN**                                                          **SECTION "K"(4)**

### O R D E R

Petitioner Mingo Javery, a state court prisoner, filed a *pro se* petition for federal *habeas corpus* relief seeking to vacate his state court conviction on one count of second degree murder(La. Rev. Stat. 14:30.1) as well as the sentence imposed on that conviction. Petitioner seeks to vacate his conviction on the following grounds:1) the procedure used to select the foreperson of the grand jury that indicted him was constitutionally deficient; 2) the indictment was constitutionally deficient; and 3) trial counsel rendered ineffective assistance by failing to challenge the grand jury foreperson selection procedure and by failing to file a motion to quash the indictment. The Court referred the case to Magistrate Judge Karen Roby who prepared a "Report and Recommendation" (Doc. 14) in which she recommended that Javery's petition for relief pursuant to 28 U.S.C. §2254 be dismissed with prejudice. Petitioner timely filed "Objections to the Magistrate Judge's Report and Recommendation" (Doc. 15).

Pursuant to 28 U.S.C. §636(b)(1), the Court has conducted a *de novo* review of those portions of the Report and Recommendation objected to by petitioner. Upon review of the petition, the entire state court record, and the applicable law, the Court concludes that the conclusions of the Magistrate Judge are fully supported by the record and the controlling case law. Accordingly, the Court hereby overrules petitioner's objections, approves the Report and Recommendation of the United States Magistrate Judge, and adopts the Report and Recommendation as the opinion in this

matter.  Accordingly,

**IT IS ORDERED** that  Mingo Javery's petition for *habeas corpus*  relief pursuant to 28 U.S.C. §2254 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 12th day of October, 2007.

 

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**