UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MINGO III JAVERY #326208    CIVIL ACTION

VERSUS    NO. 06-1113

BURL N CAIN WARDEN    SECTION "K" (4)

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

☒ a certificate of appealability shall not be issued for the following reason(s): Petitioner has not made a "substantial showing of the denial of a constitutional right." Petitioner has not shown that reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. SEE Order entered October 12, 2007 and Report and Recommendation entered June 28, 2007

Date: 12/6/07

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____